AMENDED SAO
MONT E. TANNER, ESQ.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
E-mail: mtannerlaw@aol.com
Attorney for Plaintiff
  Toshiko Sato

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOSHIKO SATO,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; WELLS FARGO BANK, N.A.; and DOES 1-5 inclusive,<br><br>  Defendants. | Case No. 2:16-cv-02559-JCM-PAL<br><br>AMENDED STIPULATION AND ORDER EXTEND PLAINTIFF'S TIME TO FILE A RESPONSE TO DEFENDANT WELLS FARGO BANK, NA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT.<br><br>(FIRST REQUEST) |

Plaintiff TOSHIKO SATO, by and through her counsel, Mont E. Tanner, Esq., and Defendant WELLS FARGO BANK, NA, by and through

its counsel, Amy Sorenson, Esq., Robin E. Perkins, Esq., and Sherry Ly, Esq., of Snell & Wilmer, hereby stipulate and agree to extend Plaintiff's time to File a Response to Defendant Wells Fargo Bank, NA's Motion to Dismiss Plaintiff's Complaint, which Motion was filed with this Court on November 14, 2016, to December 15, 2016, and to extend Defendant's time to File a Reply to January 5, 2017.

This is the first request, and the reason for the Stipulation is to give counsel for Plaintiff time to consult with his client regarding the issues in this litigation. This Stipulation was timely filed on December 1, 2016, but is hereby amended on the instruction of the Court to include, pursuant to LR IA 6-1, the filing date of the subject motion.

DATED: this 5th day of December, 2016.

| LAW OFFICES OF MONT E. TANNER | SNELL & WILMER |
|---|---|
| /s/ Mont E. Tanner | /s/ Sherry Ly |
| Mont E. Tanner, Esq.<br>Nevada Bar No.: 4433<br>2950 E. Flamingo Road, Suite G<br>Las Vegas, Nevada 89121<br>Counsel for Plaintiff<br>  Toshiko Sato | Amy F. Sorenson, Esq.<br>Nevada Bar No.: 12495<br>Robin E. Perkins, Esq.<br>Nevada Bar No.: 9891<br>Sherry Ly, Esq.<br>Nevada Bar No.: 13529<br>3883 Howard Hughes Parkway,<br>Suite 1100<br>Las Vegas, Nevada 89169<br>Counsel for Defendants |

UPON STIPULATION of the parties, and good cause appearing

therefore,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have until December 15, 2016 to file its Opposition to Defendant Wells Fargo Bank, NA's Motion to Dismiss Plaintiff's Complaint, and that Defendant shall have until January 5, 2017 to file its Reply.

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

*/s/ James C. Mahan*

Dated: December 9, 2016

Submitted by:
LAW OFFICE OF MONT E. TANNER

*/s/ Mont E Tanner*
Mont E Tanner, ESQ.
Nevada Bar No.: 4433
2950 E. Flamingo Road, Suite G
Las Vegas, NV 89121
Attorney for Toshiko Sato

-3-