UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LILY TOUCHSTONE, LLC,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-02559-JCM-PAL<br><br>**ORDER**<br><br>(Jt. Mot. Stay Discovery – ECF No. 18) |

This matter is before the court on the parties' Joint Motion to Stay Discovery (ECF No. 18). On March 2, 2017, the court held a hearing on the Motion. Present was counsel for Plaintiff, Mont Tanner, Esq., and counsel for Defendant Wells Fargo Bank, Jennifer McBee, Esq. The court has considered the Motion and the arguments of counsel at the hearing. Both sides agreed a modest amount of discovery would be needed if the motion to dismiss is denied.

**IT IS ORDERED:**

1. The Joint Motion to Stay Discovery (ECF No. 18) is GRANTED.

2. Within 14 days after the district judge enters a decision on the pending Motion to Dismiss (ECF No. 4), the parties shall conduct a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and submit a stipulated discovery plan and scheduling order to the court for approval.

3. The discovery plan and scheduling order shall provide for 90 days to complete discovery measured from the date of the Rule 26(f) conference.

Dated this 6th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE